■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS J. PREEDOM, Also Known as THOMAS PREEDOM, Appellant. [935 NYS2d 266]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Green, Gorski and Martoche, JJ.